IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES ROBERT HOPE,

     Appellant,

 v.

                               Case No.  5D22-1989
                               LT Case No. 2013-CF-001041-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 27, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

James Robert Hope, Lake City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.